UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEROME CROMWELL, *on behalf of himself and all other employees similarly situated,*<br><br>           *Plaintiffs,*<br><br>  v.<br><br>NEW YORK CITY HEALTH AND HOSPITALS CORPORATION and ALAN D. AVILES,<br><br>           *Defendants.* | NOTICE OF MOTION TO ENTER PARTIAL FINAL JUDGMENT PURSUANT TO FED.R. CIV. P. 54(b)<br><br>Civil Action No.<br>12-cv-4251 (PAE) |

  **PLEASE TAKE NOTICE**, that upon the accompanying Memorandum of Law in Support of Plaintiffs' Motion for a Partial Entry of Final Judgment Pursuant to Fed. R. Civ. P. 54(b), and all the papers and proceedings had herein, the undersigned will move this Court, before the Honorable Paul A. Engelmayer, United States District Judge, at the United States Courthouse for the Southern District of New York, located at 500 Pearl Street, New York, New York 10007, on a date and time to be determined by the Court, for an order pursuant to Fed. R. Civ. P. 54(b), determining that there is no just reason for delay in entering a separate final judgment, based on the Court's Decision and Order of October 16, 2013, dismissing the claims against defendants based on defendants' exemption from the New York Labor Law, and for further relief as the Court may deem just and proper.

Dated:  November 13, 2013

**THOMAS & SOLOMON LLP**

By:     s/ Michael J. Lingle         

J. Nelson Thomas, Esq.
Michael J. Lingle, Esq
Annette M. Gifford, Esq.
Justin M. Cordello, Esq.
*Attorneys for Plaintiffs*
  693 East Avenue
Rochester, New York 14607
Telephone:  (585) 272-0540
nthomas@theemploymentattorneys.com
mlingle@theemploymentattorneys.com
agifford@theeemploymentattorneys.com
jcordello@theeemploymentattorneys.com